UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EMANUEL DELACRUZ, *on behalf of himself and*
*all other persons similarly situated,*

                    Plaintiff,

                -against-

CLUB MONACO U.S., LLC,

                   Defendant.

---------------------------------------------------------------x

19-CV-10255 (PGG) (OTW)

**<u>ORDER TO SHOW CAUSE</u>**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 12. The stay is hereby lifted. (*See* ECF 11.) Plaintiff is

**ORDERED TO SHOW CAUSE**, **by January 5, 2023**, why I should not recommend dismissal of the

case for lack of standing in light of the decisions in *Dominguez v. Banana Republic*, *LLC*, No. 20-

1559 (2d. Cir. 2020) and *Dominguez v. Taco Bell Corp.*, No. 19-10172 (LGS), 2020 WL 3263258

(S.D.N.Y. June 17, 2020). Plaintiff's showing of cause shall be filed on the docket.

        **SO ORDERED.**

                                      *s/ Ona T. Wang*

Dated: December 5, 2022                    **Ona T. Wang**
      New York, New York           United States Magistrate Judge