**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EMANUEL DELACRUZ, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                             Plaintiff,                   19 **CIVIL** 10255 (PGG) (OTW)

            -against-                      **JUDGMENT**

CLUB MONACO U.S., LLC,

                             Defendants.
------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Order dated April 26, 2024, the Court ADOPTS the Report and

Recommendations in its entirety and this action is dismissed without prejudice.

**Dated:** New York, New York

      April 29, 2024

                                     **RUBY J. KRAJICK**
                                 _____
                                    **Clerk of Court**
          **BY:**
                                      _____
                                      **Deputy Clerk**